

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

December 20, 1965

Hon. Charles A. Murphy, Director
Texas Aeronautics Commission
204 West Sixteenth Street
Austin, Texas

Opinion No. C-568

Re: Whether the expenditure of
Items 7, 8 and 9 of the Appro-
propriation to the Aeronautics
Commission, as provided in House
Bill 12 of the 59th Legislature,
Regular Session, 1965 (General
Appropriation Act), is subject
to the provisions of House Bill
37, Acts of the 59th Legislature,
Regular Session, 1965, known as
the State Building Construction
Dear Mr. Murphy:                Administration Act.

     You have requested the opinion of this office on whether
the expenditure of Items 7, 8 and 9 of the Appropriation to the
Aeronautics Commission, as provided in House Bill 12 of the 59th
Legislature, Regular Session, 1965 (General Appropriation Act)
is subject to the provisions of House Bill 37, Acts of the 59th
Legislature, Regular Session, 1965, known as the State Building
Construction Administration Act.

     Items 7, 8 and 9 of the Appropriation to the Aeronautics
Commission, contained in House Bill 12, Acts of the 59th Legis-
lature (General Appropriation Act for the biennium ending August
31, 1967), provide:

| | "For the Years Ending | |
| | August 31, 1966 | August 31, 1967 |
|---|---|---|
| "7. For hard-surfacing and lighting the landing strip at Falcon State Park, by contract or interagency agreement . . . . . . . . . . . . . | $ 30,000 | U.B. |

"8. For hard-surfacing and lighting
the landing strip at Lake Whitney
State Park, by contract or inter-
agency agreement . . . . . . . . . .  30,000          U.B.

"9. For the acquisition, construction,
or maintenance of airstrips, air-
ports, and other air navigational
facilities in cooperation with lo-
cal political subdivisions, com-
munities, persons and the Federal
Government . . . . . . . . . . .       200,000       200,000
                                                     & U.B."

The foregoing Items 7 and 8 contemplate airstrip construc-
tion on behalf of State agencies.  The State Building Construc-
tion Act (House Bill 37, 59th Legislature, 1965, codified as
Article 678f, Vernon's Civil Statutes), provides that the State
Building Commission shall supervise and administer the construc-
tion of buildings on behalf of the State.  It is the opinion of
this office that the airstrips and lighting facilities that are
authorized by the foregoing Items 7 and 8 are not "buildings" of
the type contemplated by the said State Building Construction Act,
and therefore the Aeronautics Commission has the authority to ex-
pend the monies appropriated by the aforementioned Items 7 and 8.

With regard to Item 9, supra, Section 4 of the State Build-
ing Construction Act contains specific exclusions as to . . .
"(B)  State-aided local government projects of any character what-
ever."  It is therefore the opinion of this office that the ex-
penditure of monies appropriated by Item 9 is specifically ex-
cluded from the provisions of the State Building Construction Act.

You are therefore advised that monies expended for the
construction, repair and improvement of airports, as provided in
the above-quoted items of appropriation, are not subject to the
provisions of the State Building Construction Act (House Bill 37,
59th Legislature, 1965, codified as Article 678f, Vernon's Civil
Statutes).

S U M M A R Y

Expenditure of money by the Aeronautics
Commission for the purposes set out in Items
7, 8 and 9 of the appropriation to the Aero-
nautics Commission is not subject to the pro-
visions of House Bill 37, Acts of the 59th

Legislature, Regular Session, 1965, known
as the State Building Construction Adminis-
tration Act.

Very truly yours,

WAGGONER CARR
Attorney General

Malcolm L. Quick
Assistant

MLQ:ms

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
John Banks
Kerns Taylor
George Gray
Grady Chandler

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright